S. Rebecca **DACHMAN**, Plaintiff–Appellant,

v.

Jay P. **SIEGEL**; Karen D. Weiss; William David Schwieterman; Patricia Keegan; Jane and John Does, Defendants–Appellees.

No. 01–1062.

United States Court of Appeals, Fourth Circuit.

Submitted June 20, 2001.

Decided July 13, 2001.

S. Rebecca Dachman, pro se. Stephen Matthew Schenning, United States Attorney, Lynne Ann Battaglia, Michael Anthony DiPietro, Office of the United States Attorney, Baltimore, MD, for appellees.

Before MICHAEL, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

S. Rebecca Dachman appeals the district court's orders granting Defendants' motion to dismiss, or in the alternative, for summary judgment, and denying her motion for reconsideration, in this *Bivens*[*] action. We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Dachman v. Siegel*, No. CA–00–965–AMD (D. Md. Dec. 4 & 18, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

[*] *Bivens v. Six Unknown Named Agents of the Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971).